# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:09CV100

| | |
|---|---|
| JERRY B. WHITTINGTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner ) <br> of Social Security, ) <br> ) <br> Defendant. ) <br> ) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Defendant's motion to remand pursuant to sentence six of 42 U.S.C. § 405(g), and Plaintiff's motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2), both motions having been filed July 16, 2009.

Defendant seeks remand of the case for further administrative action and notes in the motion that Plaintiff does not consent to such remand. Instead, Plaintiff moves to dismiss this action, stating that he is now receiving full disability benefits based on a favorable decision issued October 30, 2008, and he "elects not to further litigate an earlier onset date

2

of disability." The Plaintiff further notes that the Defendant's counsel has consented to dismissal of the action.

For the reasons stated in Plaintiff's motion, and the Defendant having consented to the relief sought therein,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to remand is **DENIED.**

**IT IS FURTHER ORDERED** that the Plaintiff's motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2) is **ALLOWED**, and this matter is hereby **DISMISSED.**

Signed: July 16, 2009

Lacy H. Thornburg
United States District Judge